No. 68328.—Wedemann & Godknecht, Inc., a/c J. Eisenberg, Inc. v. United States, protest 62/15535 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of synthetic textile (acrylic) noils, the claim of the plaintiff was sustained.